■ MARTIN GREENFIELD et al., Appellants, v JOEL W. HARRIS et al., Defendants, and ARTHUR LEWIS AGENCY, LTD., et al., Respondents.—In consolidated actions, *inter alia,* to enjoin the defendants from soliciting the plaintiffs' accounts, the plaintiffs appeal from an order of the Supreme Court, Nassau County (Collins, J.), dated October 5, 1990, which granted the motion of the defendants Arthur Lewis Agency, Ltd. and Arthur Lewis for summary judgment dismissing the complaint as against them.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the moving papers of the respondents established that the plaintiffs do not have a viable cause of action against them, and the plaintiffs failed to meet their burden of producing evidentiary proof in admissible form sufficient to require a trial of material questions of fact on which they rest their claim. Accordingly, the appellants' motion for summary judgment was properly granted *(see, Zuckerman v City of New York,* 49 NY2d 557). Lawrence, J. P., Eiber, O'Brien and Copertino, JJ., concur.

■ MARIE GUIDA et al., Respondents, v DAVID L. HSU, Appellant, et al., Defendant.—In an action to recover damages for medical malpractice, etc., the defendant David L. Hsu appeals from an order of the Supreme Court, Queens County (Smith, J.), dated November 14, 1990, which denied his motion for summary judgment dismissing the complaint insofar as it is asserted against him.

Ordered that the order is reversed, on the law, with costs, the motion is granted, the complaint is dismissed insofar as asserted against the defendant David L. Hsu, and the action against the remaining defendant is severed.

The general allegations of negligence set forth by the plaintiffs' expert were conclusory and unsupported by evidence, and thus insufficient to defeat the defendant David L. Hsu's motion for summary judgment *(see, Alvarez v Prospect Hosp.,* 68 NY2d 320, 324). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.